IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-813-AP

Sheila A. Hopkins,

    Plaintiff,

v.

Jo Anne B. Barnhart,
Commissioner of Social Security

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Katherine Conahan, Attorney at Law
1600 Ogden Street
Denver, CO 80218
(303) 839-1650
Kconahan@sawayalaw.com

For Defendant:
Debra J. Meachum
Special Assistant United States Attorney

Bonnie E. Sims
Assistant Regional Counsel

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado 80294*

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:** May 2, 2005.

      B.      **Date Complaint Was Served on U.S. Attorney's Office:** May 3, 2005.

      C.      **Date Answer and Administrative Record Were Filed:** June 30, 2005.

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

There is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case raises no unusual claims or defenses.

**7. OTHER MATTERS**
None.

**8. PROPOSED BRIEFING SCHEDULE**

      A.      **Plaintiff's Opening Brief Due:** August 19, 2005.

      B.      **Defendant's Response Brief Due:** September 16, 2005.

      C.      **Plaintiff's Reply Brief (If Any) Due:** September 30, 2005.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

The parties are waiving oral argument.

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

    **A.**    **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 19th day of July, 2005.

                                                  BY THE COURT:

                                                  S/**John L. Kane**
                                                  Senior Judge, United States District Court

APPROVED:

s/ Katherine Conahan
Katherine Conahan,
Attorney for Plaintiff
1600 Ogden Street
Denver, Colorado 80218
(303) 839-1650
kconahan@sawayalaw.com

Telephone:

Attorney for Plaintiff

UNITED STATES ATTORNEY

s/ Debra J. Meachum
By: Debra J. Meachum
Special Assistant U.S. Attorney
debra.meachum@ssa.gov

s/ Bonnie E. Sims
Bonnie E. Sims
Assistant Regional Counsel
bonnie.sims@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado 80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

Attorney for Defendant(s)

Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.